**\*E-Filed 10/20/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA LECHUGA, | **No. C 09-04799 RS** |
| Plaintiff, | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., a California corporation; JOEL VELA; and JENNIFER BUITRAGO-ORDONEZ, | |
| Defendants. | |

Defendants have filed a motion to dismiss, docket [8] in the above-captioned matter. This motion is noticed for hearing on December 2, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than November 2, 2009.

IT IS SO ORDERED.

Dated: 10/20/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE